**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN FULTON, | ) | Case No. 20-cv-3118 |
| | ) | |
| *Plaintiff,* | ) | Hon. Joan H. Lefkow |
| | ) | District Judge |
| *v.* | ) | |
| | ) | Hon. Maria Valdez |
| ROBERT BARTIK, *et al.* | ) | Magistrate Judge |
| | ) | |
| *Defendants.* | ) | JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| ANTHONY MITCHELL, | ) | Case No. 20-cv-3119 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | [Consolidated with *Fulton v. Bartik* |
| *v.* | ) | for pre-trial purposes] |
| | ) | |
| ROBERT BARTIK, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE INSTANTER**

Plaintiffs John Fulton and Anthony Mitchell, by their undersigned counsel, respectfully request leave to file *instanter* certain of their filings in response to Defendants' three separate summary judgement motions, including their consolidated response brief and statement of additional material disputed facts:

1. On June 9, 2023, the County Defendants filed a 30-page summary judgment brief, Dkt. 199,[1] along with a 100-paragraph Rule 56.1 Statement of Undisputed Material Facts supported by 21 Exhibits, Dkt. 198. On June 16, 2023, the Police Officer Defendants filed a 55-

---

[1] For ease of reference Plaintiffs cite to the docket numbers of the filings on the Fulton docket. Corresponding versions of the documents referenced in this motion appear on the Mitchell docket, with a docket number four numbers higher than the cited Fulton docket number.

page summary judgment brief, Dkt. 202, along with a 212-paragraph Rule 56.1 Statement of Undisputed Material Facts supported by 82 Exhibits, Dkt. 203. On June 20, 2023, Defendant City of Chicago filed a 6-page summary judgment brief, Dkt. 209, along with an 8-paragraph Rule 56.1 Statement of Undisputed Material Facts, Dkt. 210.

2.      Plaintiffs' responsive filings in opposition to Defendants' three motions for summary judgement were due on October 4, 2023. Dkt. 220.

3.      Beginning in the evening hours on October 4, 2023 and continuing into the early morning hours of October 5, 2023, Plaintiffs filed their three separate responses to Defendants' statements of fact, their exhibit list and 86 supporting exhibits, along with a motion for leave to file an oversized consolidated response brief. Dkts. 222-226.

4.      Plaintiffs completed the filing of their responsive documents in opposition to Defendants' three summary judgment motions, including their 142-paragraph Statement of Additional Facts and 70-page consolidated response brief, in the afternoon of October 5, 2023. Dkts. 227, 228.

5.      Despite devoting considerable attorney and support staff resources to this project over the past number of weeks, Plaintiffs' counsel regret that they were unable to complete their responsive filings in advance of the midnight deadline, due to the volume of the summary judgment record in this case and the quantity of factual and legal materials required to be marshaled in opposition to Defendants' wide-ranging and expansive motions.

6.      Plaintiffs regret any inconvenience to the Court that their delayed filings may have caused, but respectfully submit that the filings should be accepted *instanter* in the interests of justice, and to provide the Court with the best possible legal and factual arguments to resolve the

issues presented by Defendants' summary judgment filings. Plaintiffs further submit that no party will be prejudiced by accepting Plaintiffs' delayed filings *instanter*.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order accepted their late-filed summary judgment response filings *instanter*.

Respectfully submitted,

**PLAINTIFF JOHN FULTON**
**PLAINTIFF ANTHONY MITCHELL**

/s/ Sam Heppell
*One of Plaintiffs' Attorneys*

Arthur Loevy
Jon Loevy
Russell Ainsworth
Julia Rickert
Sam Heppell
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen Street
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
julia@loevy.com

Andrea D. Lyon
LYON LAW
53 W. Jackson Blvd., Ste. 1650
Chicago, IL 60604
T: 312-877-5543
F: 312-663-3707
andrea@andrealyon.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 5, 2023, I caused the foregoing document to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Sam Heppell
*One of Plaintiffs' Attorneys*