# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

John Fulton

                Plaintiff,

v.                                                    Case No.: 1:20−cv−03118

                                                           Honorable Joan H. Lefkow

Robert Bartik, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

      MINUTE entry before the Honorable Joan H. Lefkow: With agreement of the parties, the 3−week jury trial set for 1/13/2025 is stricken and reset to begin on 2/10/2025 at 9:30 a.m. All other aspects of pretrial conference and deadlines remain the same. Parties are each to submit to chambers by 12/4/2024 the following: proposed voir dire, proposed jury instructions, proposed verdict form, list of all witnesses to be called, exhibit list, any stipulations (as to facts or the admissibility of exhibits), and a brief agreed statement summarizing the case to be read to the jury. Any motions in limine must be filed no later than 12/4/2024; responses by 12/11/2024. Final pretrial conference is set for 12/18/2024 at 1:30 p.m. in courtroom 2201. Parties shall bring copies of any disputed exhibits to the final pretrial conference. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.