IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

John Fulton,

Plaintiff,

v.

Robert Bartik, John Zalatoris, James Breen, Robert Girardi, Joseph Struck, Edward Winstead, and Stephen Franko,

Defendants,

Case No. 20 C 3118

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff John Fulton
and against defendants Robert Bartik, John Zalatoris and James Breen
in the amount of $60,000,000.00 in compensatory damages.
Punitive damages are awarded in favor of plaintiff John Fulton and against defendant John Zalatoris in the amount of $12,500.00. Punitive damages are awarded in favor of plaintiff John Fulton and against defendant James Breen in the amount of $12,500.00. Punitive damages are awarded in favor of plaintiff John Fulton and against defendant Robert Bartik in the amount of $5,000.00.

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☒ in favor of defendants Robert Girardi, Joseph Struck, Edward Winstead, and Stephen Franko and against plaintiff John Fulton

Defendants shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Joan H. Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge .

Date: 3/11/2025                    Thomas G. Bruton, Clerk of Court

                                   Amanda Scherer, Deputy Clerk