# EXHIBIT 1

```
 1    of Anthony Mitchell from March 21, 2003?
 2         A   Yes.
 3         MS. BREZENGER: Your Honor, at this time,
 4    the State would ask leave to strike the
 5    identification marks on People's Exhibit number
 6    19 and have it published to the jury.
 7         THE COURT: Other than any other
 8    Constitutional grounds, are there any other
 9    objections?
10         MR. BEUKE: That's the tape? I have no
11    objection.
12         THE COURT: She's asking for the
13    transcript to come in.
14         MS. NAZARIAN: I'm asking to publish the
15    video.
16         THE COURT: Any objection to the video
17    other than on possible Constitutional grounds?
18         MR. CLANCY: No.
19         THE COURT: It will be received in
20    evidence as People's Exhibit what.
21         MS. BREZENGER: 19, your Honor.
22         THE COURT: 19. I.D. marks stricken.
23         MS. BREZENGER: Thank you.
24         MR. CLANCY: May I move. Can I have my
```

CITY_FULTON_MITCHELL_004098

```
 1    client sit at that table.
 2         THE COURT:  Whatever you want.
 3                (Tape played.)
 4         MR. CLANCY: Could I have a side bar?
 5         THE COURT:  Stop it.
 6             (Whereupon, the following proceedings
 7              were had in open Court, outside the
 8              presence and hearing of the jury,
 9              to-wit:)
10         MR. CLANCY: Judge, I know it's nobody's
11    fault because they have had to redact the tape
12    and something might have happened, but the thing
13    stopped three times and we missed at least four
14    or five words from both D'Angelo and my client.
15         MS. BREGENZER: No, no, no.
16         THE COURT:  Let her finish.
17         MS. BREZENGER: I'm following along.
18         THE COURT:  Overruled at this time.
19             (Whereupon, the following proceedings
20              were had in open Court, within the
21              presence and hearing of the jury,
22              to-wit:)
23         THE COURT:  All right. Proceed.
24                (Tape played)
```