IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FULTON, | ) | |
| | ) | Case No. 20-cv-3118 |
| *Plaintiff*, | ) | |
| | ) | Hon. Joan H. Lefkow |
| v. | ) | District Judge |
| | ) | |
| ROBERT BARTIK, *et al*. | ) | Hon. Maria Valdez |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| ANTHONY MITCHELL, | ) | |
| | ) | Case No. 20-cv-3119 |
| *Plaintiff*, | ) | |
| | ) | Hon. Joan H. Lefkow |
| v. | ) | District Judge |
| | ) | |
| ROBERT BARTIK, *et al*. | ) | Hon. Maria Valdez |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**JOINT PROPOSED REVISED SCHEDULE REGARDING SECTION 1988 FEES**

Plaintiffs and Defendants, by their undersigned attorneys, submit this revised joint proposed briefing schedule for Section 1988 fees and costs in accordance with Local Rule 54.3. Defendants dispute the timeliness of Plaintiffs' seeking costs and nothing herein should be construed as a waiver of this timeliness objection. *See* Local Rule 54.1. The parties propose the following revised schedule:

1. Plaintiffs finished providing Defendants with the materials specified in LR 54.3(d)(1), (2) and (3) on July 30, 2025.

2. The parties require additional time to confer and attempt in good faith to agree on the amount of fees or related nontaxable expenses that should be awarded prior to filing a fee

motion.

3. If no agreement is reached after the above information has been furnished, on October 20, 2025, Defendants, shall disclose the total amount of attorney's fees paid by Defendants (and all fees billed but unpaid at the time of the disclosure and all time as yet unbilled and expected to be billed thereafter) for the litigation and shall furnish the additional information specified in LR 54.3(d)(5) as to any matters (rates, hours, or related nontaxable expenses) that remain in dispute.

4. On October 20, 2025, the parties shall specifically identify all hours, billing rates, or related nontaxable expenses that will and will not be objected to, the basis of any objections, and the specific hours, billing rates, and related nontaxable expenses that in the parties' respective views are reasonable and should be compensated.[1] The parties will thereafter attempt to resolve any remaining disputes.

5. If the parties cannot resolve the fee dispute, the parties' joint fee statement pursuant to LR 54.3(e) shall be prepared by November 3, 2025.

6. If necessary, Plaintiffs shall file their fee motion on or before November 17, 2025. Defendants' response to any such motion will be due on December 8, 2025. Plaintiffs' reply will be due on December 29, 2025.

Respectfully submitted,

**For Plaintiff:**

/s/ Jon Loevy
Arthur Loevy
Jon Loevy
Russell Ainsworth
Julia Rickert
Fatima Ladha
Isaac Green
LOEVY & LOEVY

---

[1] Defendants contend that any request by Plaintiffs for costs is untimely under LR 54.1. Nothing in this submission should be construed as a waiver of this timeliness objection.

311 N. Aberdeen Street
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902

Andrea D. Lyon
53 W. Jackson Blvd., Ste. 1650
Chicago, IL 60604
T: 312-877-5543
F: 312-663-3707
andrea@andrealyon.com

**For Defendants Bartik, Breen, and Zalatoris:**

/s/ *John Cerney*
Shneur Nathan
Avi Kamionksi
Natalie Adeeyo
Breana Brill
John Cerney
Nathan & Kamionski LLP
206 S. Jefferson
Chicago, IL 60661
(312) 612-1955
snathan@nklawllp.com

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that I have caused true and correct copies of the above and foregoing document to be served on all counsel of record via to the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, on the date stamped at the top margin of this document.

/s/ *John Cerney*
John Cerney