IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FULTON, | ) | |
| | ) | Case No. 20-cv-3118 |
| Plaintiff, | ) | |
| | ) | Hon. Joan H. Lefkow |
| v. | ) | District Judge |
| | ) | |
| ROBERT BARTIK, *et al.* | ) | Hon. Maria Valdez |
| | ) | Magistrate Judge |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANTHONY MITCHELL, | ) | |
| | ) | Case No. 20-cv-3119 |
| Plaintiff, | ) | |
| | ) | Hon. Joan H. Lefkow |
| v. | ) | District Judge |
| | ) | |
| ROBERT BARTIK, *et al.* | ) | Hon. Maria Valdez |
| | ) | Magistrate Judge |
| Defendants. | ) | |

**LOCAL RULE 54.3 JOINT STATEMENT
REGARDING SECTION 1988 FEES**

Pursuant to section (e) of LR54.3, the parties submit the following Joint Statement with respect to the motion for fees and expenses filed by Loevy & Loevy, attorneys to Plaintiffs John Fulton and Anthony Mitchell:

1. Loevy & Loevy claims attorney's fees of $4,421,180.50 and expenses of $261,991. Loevy & Loevy calculates this claim as follows:

| Name | Role | Total Hours | Hourly Rate (USD) | Total Fees (USD) |
|---|---|---|---|---|
| Russell Ainsworth | Attorney | 970.75 | $1,141.00 | $1,107,625.75 |
| Bethan Gee | Paralegal | 25.50 | $175.00 | $4,462.50 |
| Isaac Green | Attorney | 311.50 | $581.00 | $180,981.50 |
| Sam Heppell | Attorney | 297.00 | $777.00 | $230,769.00 |

1

| Fatima Ladha | Attorney | 346.75 | $473.00 | $164,012.75 |
|---|---|---|---|---|
| Lauren Lebata | Paralegal | 33.00 | $175.00 | $5,775.00 |
| Jon Loevy | Attorney | 778.00 | $1,500.00 | $1,167,000.00 |
| Andrea Lyon | Attorney | 292.00 | $1,141.00 | $333,172.00 |
| Alyssa Martinez | Attorney | 184.25 | $473.00 | $87,150.25 |
| Alyssa Nekritz | Paralegal | 275.50 | $175.00 | $48,212.50 |
| Julia Rickert | Attorney | 1106.00 | $948.00 | $1,048,488.00 |
| Brynn Schaal | Paralegal | 235.75 | $175.00 | $41,256.25 |
| Olivia Toppel | Paralegal | 13.00 | $175.00 | $2,275.00 |
| | | | **TOTAL FEES** | $4,421,180.50 |

2. The position of City of Chicago is that fees should be awarded in the range of $851,375.00 to $1,792,400.00 on the following basis:

| Name | Requested rate | Adjusted Rate | Requested Hours | Adjusted Hours | Total Adjusted Fees With Hours and Rates Objections | Total Adjusted Fees With Rate Objections Only |
|---|---|---|---|---|---|---|
| Russell Ainsworth | $1,141.00 | $500 | 970.75 | 487.05 | $243,525.00 | $485,375.00 |
| Bethan Gee | $175.00 | $100 | 25.50 | 10 | $1,000.00 | $2,550.00 |
| Isaac Green | $581.00 | $200 | 311.50 | 229 | $45,800.00 | $62,300.00 |
| Sam Heppell | $777.00 | $250 | 297.00 | 78.5 | $19,625.00 | $74,250.00 |
| Fatima Ladha | $473.00 | $200 | 346.75 | 180.5 | $36,100.00 | $69,350.00 |
| Lauren Lebata | $175.00 | $100 | 33.00 | 15.25 | $1,525.00 | $3,300.00 |
| Jon Loevy | $1,500.00 | $750 | 778.00 | 294 | $220,500.00 | $583,500.00 |
| Andrea Lyon | $1,141.00 | $500 | 292.00 | 171.5 | $85,750.00 | $146,000.00 |
| Alyssa Martinez | $473.00 | $200 | 184.25 | 20 | $4,000.00 | $36,850.00 |
| Alyssa Nekritz | $175.00 | $100 | 275.50 | 199 | $19,900.00 | $27,550.00 |
| Julia Rickert | $948.00 | $250 | 1106.00 | 690.5 | $172,625.00 | $276,500.00 |
| Brynn Schaal | $175.00 | $100 | 235.75 | 10.25 | $1,025.00 | $23,575.00 |
| Olivia Toppel | $175.00 | $100 | 13.00 | 0 | $0.00 | $1,300.00 |
| | | | | **TOTAL FEES** | $851,375.00 | $1,792,400.00 |

3. Respondent's position is that any request by Movants for costs is untimely under LR 54.1, and therefore the Court should award $0.00 of related nontaxable expenses.

4. The specific disputes remaining between the parties are the following:

    a. The appropriate hourly rates for each Loevy & Loevy attorney;

    b. Whether certain hours claimed by each Loevy & Loevy attorney should be compensated;

    c. Whether Loevy & Loevy are entitled to costs under LR 54.1.

5. The underlying judgment in the case will be appealed and therefore there are remaining disputes in the litigation, in addition to the appropriate fee award. Defendants contend no fees are appropriate until those issues are resolved and Plaintiffs are deemed a prevailing party. Plaintiffs' position is that they are already prevailing

Respectfully submitted,

**For Plaintiff:**

/s/*Jon Loevy*
Arthur Loevy
Jon Loevy
Russell Ainsworth
Julia Rickert
Fatima Ladha
Isaac Green
LOEVY & LOEVY
311 N. Aberdeen Street
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902

Andrea D. Lyon
53 W. Jackson Blvd., Ste. 1650
Chicago, IL 60604
T: 312-877-5543

**For Defendants Bartik, Breen, and Zalatoris:**

/s/*John Cerney*
Shneur Nathan
Avi Kamionksi
Natalie Adeeyo
Breana Brill
John Cerney
Nathan & Kamionski LLP
206 S. Jefferson
Chicago, IL 60661
(312) 612-1955

**For Defendant City of Chicago:**

/s/ *James P. Fieweger*
Special Assistant Corporation Counsel
James P. Fieweger
Michael Best & Friedrich LLP
444 W Lake St Ste 3200,
Chicago, IL 60606

3