IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FULTON, | ) | Case No. 20-cv-3118 |
| | ) | |
| *Plaintiff*, | ) | Hon. Joan H. Lefkow |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. Maria Valdez |
| ROBERT BARTIK, *et al*. | ) | Magistrate Judge |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| ANTHONY MITCHELL, | ) | Case No. 20-cv-3119 |
| | ) | |
| *Plaintiff*, | ) | Hon. Joan H. Lefkow |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. Maria Valdez |
| ROBERT BARTIK, *et al*. | ) | Magistrate Judge |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
BRIEF AND EXHIBITS *INSTANTER* AND WITH EXCESS PAGES**

Plaintiffs JOHN FULTON and ANTHONY MITCHELL, by their attorneys, respectfully submit this motion for leave to file *instanter* Plaintiffs' Petition for Prevailing Party Section 1988 Attorneys' Fees. In support, Plaintiffs state as follows:

1. Plaintiffs' Petition for Prevailing Party Section 1988 Attorneys' Fees was due on Monday, November 17, 2025.

2. However, Plaintiffs' Petition for Prevailing Party Section 1988 Attorneys' Fees and Exhibits A-P were filed about two hours late. Part of the delay was due to difficulty uploading the

exhibits, which were apparently too large. After numerous attempts, we successfully split into parts.

3. Plaintiffs ask for very narrow relief in this motion: that their brief and its corresponding exhibits, filed approximately 1.5 hours late, be deemed timely filed instanter.

4. Also, the final brief is 24 pages long, requiring leave of court to exceed the page limits in the Local Rules. Given the importance of the issue to Plaintiffs and their counsel, Plaintiffs respectfully request leave to file the oversized 24-page brief.

WHEREFORE, Plaintiffs JOHN FULTON and ANTHONY MITCHELL, respectfully request leave to file *instanter* their Petition for Prevailing Party Section 1988 Attorneys' Fees with Exhibits.

Dated: November 18, 2025                        Respectfully submitted,

                                      **PLAINTIFF JOHN FULTON**
                                      **PLAINTIFF ANTHONY MITCHELL**

BY: /s/ Jon Loevy
*One of Plaintiffs' Attorneys*

    Attorneys for Plaintiffs
    Jon Loevy
    Russell Ainsworth
    Julia Rickert
    Isaac Green
    LOEVY & LOEVY
    311 N. Aberdeen Street
    Chicago, IL 60607
    T: 312-243-5900
    F: 312-243-5902
    jon@loevy.com

    Andrea D. Lyon
    LYON & KERR, PLLC
    53 W. Jackson Blvd., Suite 1650

                                                Chicago, IL 60604
                                                T: 312-877-5543
                                                F: 312-663-3707
                                                andrea@andrealyon.com