ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

John Fulton,

Plaintiff,

v.

Robert Bartik, John Zalatoris, James Breen, Robert Girardi, Joseph Struck, Edward Winstead, and Stephen Franko,

Defendants,

Case No. 20 C 3118

Judge Joan H. Lefkow

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff John Fulton
and against defendants Robert Bartik, John Zalatoris and James Breen in the amount of $52,550,000.00 in compensatory damages. Punitive damages are awarded in favor of plaintiff John Fulton and against defendant John Zalatoris in the amount of $12,500.00. Punitive damages are awarded in favor of plaintiff John Fulton and against defendant James Breen in the amount of $12,500.00. Punitive damages are awarded in favor of plaintiff John Fulton and against defendant Robert Bartik in the amount of $5,000.00.

which ☐ includes $ pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

---

☒ in favor of defendants Robert Girardi, Joseph Struck, Edward Winstead, and Stephen Franko and against plaintiff John Fulton

Defendants shall recover costs from plaintiff.

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Joan H. Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 3/31/2026.

Date: 3/31/2026

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk